IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| I&I HAIR CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-02179-M |
| BEAUTY PLUS TRADING CO INC, et al., | § § § | |
| Defendants. | § § § § | |

## ORDER

Before the Court is Defendants' Motion to Adjourn the Scheduling Conference and Joint Report [ECF No. 17]. Defendants request that the deadlines listed in this Court's Order Requiring Scheduling Conference [ECF No. 12] be adjourned pending decision of Defendants' Motion to Dismiss Count IV and Motion to Stay [ECF No. 9] and Plaintiff's Motion to Dismiss or Transfer in the filed action in the District of New Jersey (*Beauty Plus Trading Co., Inc., et al. v. I & I Hair Corp.*, 2:20-cv-09268-SRC-CLW (D.N.J.)). Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART**. It is **ORDERED** that the deadlines listed in this Court's Order Requiring Scheduling Conference and Report for Contents of Scheduling Order [ECF No. 12] are **STAYED** pending this Court's decision of Defendants' Motion to Dismiss Count IV and Motion to Stay [ECF No. 9].

**SO ORDERED**.

September 21, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE