IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| I&I HAIR CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:20-cv-02179-M |
| | § | |
| BEAUTY PLUS TRADING CO. INC. et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER REQUIRING JOINT REPORT
AND SETTING HEARING**

Before the Court in this trademark infringement lawsuit is Defendants' Motion to Compel interrogatory answers under Rule 33 and document production under Rule 34 requesting the Court require Plaintiff to answer interrogatories 1, 2, 9, 11, 13, 15, and 17; to produce documents in response to requests 1, 2, 4, 9, 13, 21, 30, 31, 34, 39, 46, 49, 53, 55, 57, 58, and 60; and de-designate documents P0015-16, P0024-36, and P0367-383 because the documents were allegedly wrongly designated as protected material under the protective order in this action, (ECF No. 51). Mot. 2 (ECF No. 65). To facilitate the prompt and efficient disposition of Defendants' Motion, the Court enters the following ORDERS:

1.  The Court sets Defendants' motion for a hearing on **October 27, 2021, at 2:00 P.M.**, in Judge Rutherford's courtroom on the 13th Floor of the Earle Cabell Federal Building and Courthouse, 1100 Commerce St., Dallas, Texas. Counsel for each party must appear in person. However, the Court will honor the

request of any party to conduct the hearing on a virtual platform (i.e., Zoom)—so long as that request is made in writing and filed on the docket no later than October 22, 2021.

2. Counsel will meet and confer in-person, virtually (e.g., by Zoom), or by telephone—not by email—in a good-faith attempt to resolve this discovery dispute without court intervention. This conference must occur on or before **October 18, 2021**.

3. Counsel must submit a joint report by **October 22, 2021 at 5:00 P.M.** This report must contain the following information: (a) the names of the attorneys who participated in the discovery conference; (b) the date the conference was held and the amount of time the parties conferred; (c) the matters that were resolved by agreement; (d) the specific matters that need to be heard and determined, including the specific discovery requests, the objections, and the responses; and (e) a detailed explanation of the reasons why agreement could not be reached as to those matters. The joint report must be signed by all participating attorneys. Any attorney who fails to sign the report will be subject to sanctions.

The purpose of the joint report is to enable the Court to determine each party's position on the disputed matters in a single written submission. Counsel should present all their arguments and authorities in the body of the report. Supporting evidence and affidavits may be submitted in a separate appendix. **THE FILING OF THE JOINT REPORT REPLACES THE SEPARATE FILING OF A RESPONSE AND A REPLY TO THE MOTION.**

4. If this discovery dispute is resolved by agreement, counsel shall submit a proposed agreed order, signed by counsel of record for the interested parties, in lieu of a joint report by **October 25, 2021**.

**SO ORDERED**.

September 28, 2021.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE