UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| I&I HAIR CORPORATION, § | |
| § | |
| Plaintiff, § | |
| v. § | Case No. 3:20-cv-02179-M |
| § | |
| BEAUTY PLUS TRADING CO. § | |
| INC., et al., § | |
| § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated September 25, 2024. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED,** this 22nd day of October, 2024.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE