# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| I&I HAIR CORPORATION | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-2179-S |
| | § | |
| BEAUTY PLUS TRADING CO., INC. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant Beauty Plus Trading Co., Inc.'s Motion for New Trial or in the Alternative Motion to Alter or Amend Judgment Pursuant to FED. R. CIV. P. 59 [ECF No. 352] is **DENIED**. The Court **ORDERS** the parties to brief (1) whether the jury's damages awards constitute a double recovery and, if so, the appropriate remedy, and (2) whether and how Defendant's unclean-hands defense should be resolved. If Plaintiff I&I Hair Corporation maintains that no election of remedies is required, it should explain why; if it agrees that an election is required, it should identify the damages award it elects to retain. The Court will then determine whether any reduction or other modification of the judgment is warranted.

**SO ORDERED.**

SIGNED September 8, 2026.

**UNITED STATES DISTRICT JUDGE**